# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ABDUL HAMID,<br><br>　　　　　　　　　　Defendant. | Case No.: 18mj20069-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[Doc. No. 21] |

Upon due consideration, good cause appearing, the Court **GRANTS** the government's motion and **DISMISSES** the complaint against Defendant Abdul Hamid without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 22, 2018

Hon. Michael M. Anello
United States District Judge